UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILK SONGS, et al., | CASE NO. C25-1179-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| PONO RANCH LLC, et al., | |
| Defendant(s). | |

The clerk entered an order of default against Defendants on September 16, 2025. Dkt. No. 13. Since that date, Plaintiffs have not moved for default judgment or otherwise taken any action in this matter. The Court therefore ORDERS Plaintiffs to SHOW CAUSE why this case should not be dismissed for failure to prosecute, no later than February 6, 2026.

Dated this 6th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1