THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MILK SONGS, and W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP.,

Plaintiffs,

v.

PONO RANCH, LLC and JON BURGETT,

Defendants.

No. 2:25-cv-01179-KKE

STIPULATED MOTION AND AGREED ORDER TO SET ASIDE ENTRY OF DEFAULT

On June 23, 2025, Plaintiffs Milk Songs, and W Chappell Music Corp. d/b/a WC Music Corp ("Plaintiffs") filed their Complaint. Dkt. 1. On July 15, 2025, Plaintiffs served Defendants Pono Ranch, LLC and Jon Burgett ("Defendants") at the address Pono Ranch provided to the Secretary of State for its principal office mailing address and for its registered agent (Jon Burgett), which is the same address provided to the Washington State Department of Revenue for the mailing address on Pono Ranch's liquor license. Dkt. 12-1, 12-2, 12-7, 12-8, & 12-9. Mr. Burgett owns and pays taxes on the home located at that address. Dkt. 12-3 & 12-5.

By September 11, 2025, Defendants had not appeared or answered Plaintiffs' Complaint. Plaintiffs filed a Motion for Entry of Default. Dkt. 11. The Clerk entered default on September 16, 2025. Dkt. 13.

STIP. MOTION AND ORDER TO SET ASIDE
ENTRY OF DEFAULT – 1
(No. 2:25-cv-01179-KKE)

185474728.1

On January 22, 2026, after Plaintiffs filed their Motion for Default Judgment, Dkt. 15, Defendants appeared through counsel. Dkt. 19. Defendants also filed a Motion to Set Aside Default Order, arguing that they had not been personally served. Dkt. 20.

While Plaintiffs maintain that service of process was properly effected—which Defendants deny—Defendants' Motion to Set Aside Default Order raises a factual issue that is contested. Plaintiffs therefore stipulate and agree that the September 16, 2025, Entry of Default, Dkt. 13, may be vacated, and the case can then be decided on the merits.

Accordingly, based on Defendants' appearance and acceptance of service by counsel, the parties hereby stipulate to set aside the Entry of Default entered on September 16, 2025, Dkt. 13, pursuant to Western District of Washington Local Civil Rules 7(d)(1) and 10(g).

Good cause exists to set aside the Entry of Default because both parties have now appeared in this action. *See* Fed. R. Civ. P. 55(c); *see also United States v. Signed Pers. Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1091 (9th Cir. 2010) ("To determine 'good cause', a court must 'consider[ ] three factors: (1) whether [the party seeking to set aside the default] engaged in culpable conduct that led to the default; (2) whether [it] had [no] meritorious defense; or (3) whether reopening the default judgment would prejudice' the other party."). Setting aside default will not prejudice Plaintiffs and will ensure that Defendants are personally served such that the case can be decided on the merits. *See, e.g.*, *Pace v. Lundh*, No. C18-5965 BHS, 2021 WL 2711643, at *2 (W.D. Wash. July 1, 2021) (reopening default to allow plaintiff to perfect service).

STIP. MOTION AND ORDER TO SET ASIDE
ENTRY OF DEFAULT – 2
(No. 2:25-cv-01179-KKE)

185474728.1

Dated: February 5, 2026

By:  s/ Harry H. Schneider, Jr.
Harry H. Schneider, Jr., WSBA No. 9404
Meeghan Dooley, WSBA No. 61735
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA  98101-3804
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  HSchneider@perkinscoie.com
Email:  MDooley@perkinscoie.com

*Attorneys for Plaintiffs*


By:  s/ Theresa H. Rava
Theresa H. Rava, WSBA No. 53159
**Williams, Kastner, & Gibbs**
601 Union Street, Suite 4000
Seattle, WA  98101-2380
Telephone:  206.628.6600
Facsimile:  206.628.6611
Email:  trava@williamskastner.com

*Attorney for Defendants*

STIP. MOTION AND ORDER TO SET ASIDE
ENTRY OF DEFAULT – 3
(No. 2:25-cv-01179-KKE)

185474728.1

**ORDER**

The parties' stipulated motion is GRANTED. Dkt. No. 21. The Entry of Default that was entered by the Clerk on September 16, 2025 (Dkt. No. 13) is hereby VACATED. The clerk is directed to terminate the motion to set aside the entry of default. Dkt. No. 20.

DATED this 5th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER SETTING ASIDE
ENTRY OF DEFAULT
(No. 2:25-cv-01179-KKE)

185474728.1