UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILK SONGS, et al.,<br><br>Plaintiff(s),<br>v.<br><br>PONO RANCH LLC, et al.,<br><br>Defendant(s). | CASE NO. C25-1179-KKE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The parties have filed a stipulated motion for entry of consent judgment that references the terms of a settlement agreement that is not in the record. Dkt. No. 34. To assure itself that the proposed judgment is fair, reasonable, equitable, and does not violate the law or public policy, the Court must review the settlement agreement. The parties are therefore ORDERED to file the settlement agreement—along with a motion to seal, as needed—no later than September 18, 2026. The stipulated motion (Dkt. No. 34) is RE-NOTED for September 18, 2026.

Dated this 15th day of September, 2026.

Joshua C. Lewis
Clerk

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk