THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MILK SONGS, and W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP.,

Plaintiffs,

v.

PONO RANCH, LLC and JON BURGETT,

Defendants.

No. 2:25-cv-01179-KKE

**ORDER GRANTING STIPULATED MOTION TO FILE PORTIONS OF CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE UNDER SEAL**

The parties filed a stipulated motion to file portions of their confidential settlement agreement and release under seal. Dkt. No. 36. The motion to seal complies with Local Rules W.D. Wash. LCR 5(g), and the Court finds that the need to protect the parties' confidential information outweighs the public right of access to court records. The Court's review of the redacted version of the settlement agreement and release on the public docket (Dkt. No. 37-1) confirms that the motion to seal is appropriately tailored.

The Court therefore GRANTS the motion to seal. Dkt. No. 36. The unredacted version of the agreement and release (Dkt. No. 38) shall remain under seal.

DATED this 18th day of September, 2026.

Kymberly K. Evanson
United States District Judge