THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILK SONGS, and W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP.,<br><br>Plaintiff,<br><br>v.<br><br>PONO RANCH, LLC and JON BURGETT,<br><br>Defendant. | No. 2:25-cv-01179-KKE<br><br>**STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND CONSENT JUDGMENT** |

Plaintiffs MILK SONGS, and W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP. (collectively, the "Plaintiffs"), by and through their attorneys, and defendants PONO RANCH, LLC and JON BURGETT (collectively, the "Defendants"), by and through their attorneys, pursuant to their Confidential Settlement Agreement and Release effective as of June 30, 2026 (the "Settlement Agreement"), hereby stipulate and agree as follows:

1. On June 23, 2025, Plaintiffs filed their Complaint for Damages against Defendants alleging two counts of copyright infringement arising out of Defendants' alleged unauthorized public performances at PONO RANCH, LLC ("Pono Ranch"), located at 1501 NW 46th Street, Seattle, WA 98107, of copyrighted music owned by Plaintiffs.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a), and venue in this District is proper pursuant to 28 U.S.C.§ 1400(a).

3. Defendants have entered into the Settlement Agreement to settle all outstanding claims and disputes relating to this litigation filed by Plaintiffs.

4. Defendants' obligations under this Stipulation for Entry of Consent Judgment ("Stipulation") arise from the above-mentioned Settlement Agreement, which expressly provides for the entry of a Consent Judgment.

5. This Stipulation arises out of the facts and circumstances set out in the Complaint for Damages filed in this matter.

6. Defendants agree to the entry of a Consent Judgment against them in this matter, jointly and severally, in the amount of $55,958.84 plus interest at the applicable statutory rate (the "Judgment Amount"), from the date of entry of Judgment.

7. Plaintiffs hereby agree that they will not execute on the Consent Judgment against Defendants provided that Defendants are not in default under the terms of the Settlement Agreement. Plaintiffs further agree that the Consent Judgment shall be deemed satisfied by Defendants upon their timely compliance with the Settlement Agreement.

8. Contemporaneously with the execution of this Stipulation, ASCAP shall offer, and Pono Ranch shall accept and execute, an ASCAP license agreement for Pono Ranch commencing July 1, 2026.

9. Defendants agree that by entry into the Settlement Agreement and this Stipulation, they have waived all rights to challenge the entry of the Consent Judgment or to appeal the Consent Judgment.

10. Plaintiffs and Defendants have agreed to the terms of this Stipulation and the Consent Judgment following consultation, or after having the opportunity for consultation, with legal counsel.

11. If Defendants default on their payment obligations set forth in the Settlement Agreement, Plaintiffs shall have the right to collect the costs and fees to collect the entire Judgment Amount.

Dated this 1st day of September, 2026.

By: s/*Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., Bar No. 9404
Meeghan Dooley, Bar No. 61735
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
Harry.Schneider@ashurstperkins.com
Meeghan.Dooley@ashurstperkins.com

*Attorneys for Plaintiffs*

By: s/*Theresa H. Rava*
Theresa H. Rava, Bar No. 53159
John J. Young, Bar No. 12890
**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
Telephone: +1.206.628.6600
Facsimile: +1.206.628.6611
trava@williamskastner.com
jyoung@williamskastner.com

*Attorneys for Defendants*

## CONSENT JUDGMENT

The Court having in reviewed the *Stipulation for Entry of Consent Judgment* agreed to and executed by Plaintiffs MILK SONGS, and W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP. (collectively, the "Plaintiffs"), by and through their attorneys, and PONO RANCH, LLC and JON BURGETT (collectively, the "Defendants"), by and through their attorneys; the parties having agreed to entry of this Consent Judgment; the Court having jurisdiction over this matter; and good cause appearing therefor;

**IT IS HEREBY ORDERED** that:

1. Finding that the proposed consent judgment "is fair, reasonable and equitable and does not violate the law or public policy" (*Sierra Club, Inc. v. Elec. Controls Design, Inc.*, 909 F.2d 1350, 1355 (9th Cir. 1990)), the Court APPROVES the Stipulation in full and incorporates it into this Consent Judgment;

2. Judgment is hereby entered against defendants PONO RANCH, LLC and JON BURGETT, in the amount of $55,958.84 plus interest at the applicable statutory rate (the "Judgment Amount"), from the date of entry of Judgment;

3. Plaintiffs shall not enforce or execute on this Consent Judgment provided Defendants are in compliance with the terms of the Settlement Agreement, as defined above, but may exercise all rights and remedies available under this Consent Judgment upon Defendants' uncured default under the Settlement Agreement;

4. Defendants have waived all rights to challenge the entry of this Consent Judgment and to appeal the Consent Judgment;

5. Each party shall bear its own costs through the date of this Consent Judgment, but if Defendants default on their payment obligations set forth in the Settlement Agreement, Plaintiffs shall have the right to collect the costs and fees to collect the entire Judgment Amount.

DATED this 18th day of September, 2026.

Kymberly K. Evanson
United States District Judge